111 A.3d 745

**Raymond ROSS, Sandra D. Dixon–Ross, Petitioners,**

v.

**AMERICHOICE FEDERAL CREDIT UNION, Respondent.**

Supreme Court of Pennsylvania.

March 25, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of March, 2015, the Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus is **DENIED.** The Application for Leave to File Post–Submission Communication is **DENIED.**